

**FILED**

04/05/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 06-0090

IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 06-0090

IN THE MATTER OF THE APPOINTMENT
OF MEMBERS TO THE COMMISSION ON
PRACTICE OF THE SUPREME COURT OF
THE STATE OF MONTANA

FILED

APR 0 5 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Pursuant to Section I of the Rules Establishing the Commission on Practice of the Supreme Court of the State of Montana (COP), an Order was issued February 16, 2022, requesting that the Honorable Robert B. Allison conduct an election for appointment to the COP among the resident members of the State Bar in COP Area A, and to certify to this Court the results of that election.

The election was held, and Judge Allison has certified the results to this Court. By Rule this Court is obligated to appoint from a list of the top three candidates who received votes in this region. The Court extends its gratitude to all attorneys who expressed an interest in serving on the Commission.

Based on the election results, the Court hereby reappoints the following member to the Commission on Practice of the Supreme Court of the State of Montana:

Area A:
Randall S. Ogle
P.O. Box 899
Kalispell, MT 59903

Effective the date of this Order, Mr. Ogle is reappointed to a four-year term to expire on April 1, 2026.

The Clerk is directed to mail a copy of this Order to the Secretary of State of the State of Montana for filing, to the Honorable Robert B. Allison, to Randall S. Ogle, to the State Bar of Montana, to each member of the Commission on Practice, and to Shelly Smith, Office Administrator for the Commission on Practice.

Dated this 5 day of April, 2022.

_____
Chief Justice


_____

_____

_____

_____

_____
Justices

2